JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALBERT TREVIZO,**<br><br>Plaintiff,<br><br>v.<br><br>**DEAN BORDERS, et al. ,**<br><br>Defendants. | Case No. 5:17-cv-00611-FMO-AFM<br><br>**ORDER** |

In accordance with Federal Rules of Civil Procedure 41(a)(1)(A)(ii), and pursuant to the stipulation of the parties, this action is **DISMISSED WITH PREJUDICE**. Each party is to bear its own litigation costs and attorney's fees.

IT IS SO ORDERED.

Dated: August 20, 2018                    _____/s/_____
                                          Honorable Fernando Olguin